# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-3410

_____

United States of America

*Plaintiff - Appellee*

v.

Roger Lee Willis, also known as Bo Willis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: May 9, 2018
Filed: May 14, 2018
[Unpublished]

_____

Before LOKEN, COLLOTON, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Roger Lee Willis appeals the district court's[1] order revoking his supervised
release and imposing a 24-month sentence. His counsel has moved for leave to

_____

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for
the Western District of Arkansas.

withdraw, and has submitted a brief raising issues as to whether the evidence was insufficient to support a finding that he possessed methamphetamine, and that the sentence is substantively unreasonable.

After careful review of the record, we conclude that the district court did not clearly err in finding that Willis had constructive possession of methamphetamine based on the evidence presented. See 18 U.S.C. § 3583(e)(3); United States v. Miller, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review). We also conclude that the district court did not abuse its discretion in sentencing Willis, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Johnson, 827 F.3d 740, 744 (8th Cir. 2016) (standard of review); United States v. David, 682 F.3d 1074, 1077 (8th Cir. 2012); and the sentence was within the Guidelines range, see United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____